# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:18-cv-90-FDW

| | |
|---|---|
| KAYIE SHAUNE WRIGHT, | ) |
| Plaintiff, | ) |
| vs. | ) **ORDER** |
| KENNETH E. LASSITER, et al., | ) |
| Defendants. | ) |

**THIS MATTER** is before the Court on the North Carolina Department of Public Safety's ("NC DPS") Sealed Notice, (Doc. No. 23), informing the Court that, with regards to Defendant **FNU Hudson,** it has been unable to identify the individual whom Plaintiff wishes to sue.

Plaintiff is instructed to file a Notice within **ten (10) days** of this Order providing any and all information about FNU Hudson to assist NC DPS to identify the individual against whom Plaintiff intends to proceed. Plaintiff is cautioned that failure to comply may result in dismissal of the claims against FNU Hudson without further notice.

NC DPS shall file a Waiver of Service or a Notice pursuant to Local Rule 4.3(b) for Defendant Hudson within **ten (10) days** after Plaintiff's Notice is filed.

**IT IS THEREFORE ORDERED that:**

(1) Plaintiff is instructed to file a Notice within **ten (10) days** of this Order providing any and all information about **FNU Hudson** to assist NC DPS to identify the individual against whom Plaintiff intends to proceed. Plaintiff is cautioned that failure to provide this information may result in dismissal of the claims against FNU Hudson without further notice.

1

(2) NC DPS shall file a Service Waiver or Notice pursuant to Local Rule 4.3(b) as to Defendant Hudson within **ten (10) days** after Plaintiff's Notice is filed.

Signed: October 11, 2018

Frank D. Whitney
Chief United States District Judge