UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:18-cv-90-FDW

| | |
|---|---|
| KAYIE SHAUNE WRIGHT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| KENNETH LASSITER, et al., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** comes before the Court on Defendants' Motion to File Video Exhibits Manually, (Doc. No. 67).

Defendants seeks leave to file three digital video recording of the incidents in question in support of their Motion for Summary Judgment. The Motion will be granted pursuant to the Court's ECF Administrative Procedures. See Administrative Procedures Governing Filing and Service by Electronic Means, Section IV(G) (rev. Jan. 1, 2018). Counsel for Defendants will ensure that copies of the videos are made available for Plaintiff's viewing if he requests an opportunity to do so.

**IT IS, THEREFORE, ORDERED** that Defendants' Motion to File Video Exhibits Manually, (Doc. No. 67), is **GRANTED** in accordance with this Order.

Signed: November 14, 2019

Frank D. Whitney
Chief United States District Judge

1