IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:18-cv-00090-MR

| | |
|---|---|
| KAYIE SHAUNE WRIGHT, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>KENNETH E. LASSITER, et al., )<br>)<br>Defendants. )<br>_____ ) | **ORDER** |

**THIS MATTER** is before the Court *sua sponte*.

Defendant Alfred Williams recently filed an Answer that was accepted as timely filed. [See Docs. 78, 79]. In it, Defendant Williams "reserves the right to move to dismiss Plaintiff's amended complaint for failure to exhaust the available administrative remedies pursuant to the NCDPS's Administrative Remedy Procedure." [Doc. 79 at 5]. Although the deadline for filing dispositive motions has expired [see Doc. 60], the Court will grant Defendant Williams 30 days within which to file a Motion to Dismiss.

**IT IS, THEREFORE, ORDERED** that Defendant Williams may file a Motion to Dismiss within **thirty (30) days** of this Order.

Signed: February 22, 2021

**IT IS SO ORDERED.**

Martin Reidinger
Chief United States District Judge