IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:18-cv-00090-MR

| | | |
|---|---|---|
| KAYIE SHAUNE WRIGHT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Report of Judicial |
| v. | ) | Settlement Conference |
| | ) | |
| ADAM J. HERGENROTHER | ) | |
| Marion C.I. SRG Officer, NCDPS, | ) | |
| Individual and Official capacity | ) | |
| also known as A. Hergenrother, | ) | |
| TERESA PUETT | ) | |
| Marion C.I. Sergeant, NCDPS, | ) | |
| Individual and Official Capacity | ) | |
| also known as T. Puett, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

On November 16, 2021, the undersigned conducted a judicial settlement conference in this matter by telephone. Plaintiff Kayie Wright appeared for himself. Attorney Bettina J. Roberts, representatives of NCDPS, and Defendants Adam J. Hergenrother and Teresa Puett also participated.

A general session and individual discussions with the parties were conducted from approximately 1:00 p.m. to 2:00 p.m. While the undersigned was in an individual session with Plaintiff, Plaintiff advised that he wanted to proceed to trial and proceeded to disconnect his phone from the conference line. A representative at Scotland Correctional Institution, Plaintiff's present place

of incarceration, subsequently confirmed that Plaintiff had hung up and that the call had not been dropped or otherwise interrupted.

In light of Plaintiff's conduct, and it appearing that no additional discussions would be productive, the undersigned advised those participating for the defense of the situation and terminated the conference by declaring an impasse.

Signed: November 16, 2021

W. Carleton Metcalf
United States Magistrate Judge